# DECLARATION OF JEFFREY M. OLSON

I, Jeffrey M. Olson, pursuant to Title 28, United States Code, Section 1746 (pertaining to declarations under penalty of perjury), hereby declare and say as follows:

1. I am a Trial Attorney with the Office of International Affairs, Criminal Division, United States Department of Justice (hereinafter "OIA"). I have been so employed since July 2001. My duties include communicating with and assisting prosecutors from around the United States in matters of extradition from, among other countries, Canada. In this capacity, I maintain close contact with officials of the Government of Canada, and in particular with officials of the Canadian Department of Justice, and I have knowledge of certain laws of Canada. Based on my training and experience, I am an expert on United States extradition law.

2. Based on my knowledge and experience, and in consultation with my counterparts in the Canadian Department of Justice, I state the following:

(A) An extradition request to Canada consists of two parts: a Legal Statement and a Record of the Case. The Record of the Case is filed in court in Canada; the Legal Statement remains in the Canadian Department of Justice. In cases where an individual is sought by the United States for prosecution, a copy of the indictment is included as an exhibit to the Legal Statement, not to the Record of the Case. In this case, a Legal Statement, containing a copy of the indictment, was provided to Canada along with the original Record of the Case.

(B) Extradition requests to Canada are complex, and in many cases, Canada requests additional information by way of one or more supplemental Records of the Case.

(C) In my training and experience, at the time the original request in this case was submitted to Canada, I believed that it was complete and sufficient to be satisfactory to the Canadians.

(D)  In March 2005, U.S. and Canadian authorities had a meeting in Washington, DC, to discuss the delays on the Canadian side in this matter, as well as in other cases involving telemarketing fraud offenses, at which time procedures were developed and adopted to streamline the extradition process for American requests to Canada involving telemarketing fraud offenses.

I declare under penalty of perjury that the foregoing is true and correct to my personal knowledge, information, and belief.

Executed in Washington, DC, on February 6, 2009.

_____
Jeffrey M. Olson